UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH JEFFERSON,

      Plaintiff,                                 CASE NO. 98-80812

v.                                             PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA,

      Defendant,
_____/

ORDER
GRANTING CERTIFICATE OF APPEALABILITY PURSUANT
TO FEDERAL RULE OF APPELLATE PROCEDURE 22(b)

The present posture of the instant case is that Defendant, on September 8, 2008, filed a Motion for Certificate of Appealability from the District Court's ruling on his motion filed pursuant to 28 U.S.C. 2254.

The Court will grant Defendant's motion for a certificate of appealability pursuant to F.R. App. P. 22(b).

SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 24, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 24, 2008.

                                                s/Denise Goodine
                                                Case Manager